UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| MARK F. POULIN,<br>    Plaintiff<br><br>    v.<br><br>DYNAPOWER COMPANY, LLC,<br>    Defendant | )<br>)<br>)<br>)    Docket No. 2:14-cv-74<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED, by and between Plaintiff Mark F. Poulin, and Defendant Dynapower Company, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action and all claims asserted herein shall be and hereby are DISMISSED WITH PREJUDICE.

Dated:    Burlington, Vermont
                November 12, 2014

                                                  s/*Thomas H. Somers*
                                                  Thomas H. Somers, Esq.
                                                  Bergeron, Paradis & Fitzpatrick, LLP
                                                  27 Main Street
                                                  Burlington, VT 05401
                                                  (802) 863-1191
                                                  tsomers@bpflegal.com
                                                  For Plaintiff

Dated:    Burlington, Vermont
                November 12, 2014

                                                  s/*Heather Rider Hammond*
                                                  Heather Rider Hammond, Esq.
                                                  Gravel & Shea PC
                                                  76 St. Paul Street, 7th Floor, P. O. Box 369
                                                  Burlington, VT 05402-0369
                                                  (802) 658-0220
                                                  hhammond@gravelshea.com
                                                  For Defendant